IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER T. HARRELL,                               No. CIV S-06-0849-MCE-CMK

    Plaintiff,

  vs.                                                      ORDER

GUST KEPREOS, et al.,

    Defendants.

_____/

        Plaintiff brings this action for damages, invoking this court's diversity jurisdiction pursuant to 28 U.S.C. § 1332.[1]  Pending before the court is the motion to withdraw as attorneys for defendants (Doc. 4), filed by James A. Wallen, Esq., of the law firm Hornecker, Corling, Hassen & Heysell, LLP.  Good cause appearing therefor, the motion will be granted.

        Also before the court is a letter from plaintiff (Doc. 5), submitted on April 27, 2006.  In his letter, plaintiff asks this court to note that the District of Oregon granted him leave to proceed in forma pauperis.  Such status is noted.  Plaintiff is proceeding in this action in forma

---

[1] This case was originally filed in the District of Oregon, which dismissed for lack of personal jurisdiction over defendants.  On appeal to the Ninth Circuit Court of Appeals, the dismissal was affirmed, but the case was remanded with instructions that it be transferred to this court pursuant to 28 U.S.C. § 1631.

pauperis. Plaintiff also asks that the court forward the appropriate forms for service of his complaint by the United States Marshal incident to his in forma pauperis status. Because the action appears appropriate for service on defendants, this request will also be granted. Finally, plaintiff states that he desires to dismiss some of the named defendants. Plaintiff states that he will be filing a first amended complaint "at the discretion of the court." Plaintiff is advised that he may not file an amended complaint without leave of court or consent of the defendants because defendants have already filed a responsive pleading. See Fed. R. Civ. P. 15(a). The court declines to treat plaintiff's letter as a motion for leave to amend because no proposed amended complaint is provided as required by local rules.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion of James A. Wallen, Esq., of the law firm Hornecker, Corling, Hassen & Heysell, LLP, to withdraw as attorneys for defendants is granted;

2. Plaintiff's in forma pauperis status is confirmed;

3. Service is appropriate for the following defendant(s):

GUST KEPREOS,

BRUCE HULL,

WILLIAM WARNER,

"TODD" WARNER,

KENNETH BOTTOMS,

DAVID KIRCHUBEL, and

COVE MOBILE VILLA;

4. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the complaint; and

/ / /

/ / /

/ / /

     5.     Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

     a.     The completed Notice of Submission of Documents;

     b.     One completed summons;

     c.     Seven completed USM-285 form(s); and

     d.     Eight copies of the endorsed complaint.

DATED: May 4, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

PETER T. HARRELL,  
    Plaintiff,  
  vs.  
GUST KEPREOS, et al.,  
    Defendants.  

No. CIV S-06-0849-MCE-CMK

<u>ORDER</u>

_____/

<u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

Plaintiff hereby submits the following documents in compliance with the court's order:

    __1__    completed summons form;  
    ____    completed USM-285 form(s); and  
    ____    copies of the complaint.

DATED: _____              _____  
                                                                 Plaintiff