IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER T. HARRELL,                           No. 2:06-cv-0849-MCE-CMK

       Plaintiff,

  v.                                        <u>ORDER</u>

GUST KEPREOS, ET AL.,

       Defendants.
                                    /

    Plaintiff brings this action for damages, invoking this Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332.[1] The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

///

///

---

[1] This case was originally filed in the District of Oregon, which dismissed for lack of personal jurisdiction over Defendants. On appeal to the Ninth Circuit Court of Appeals, the dismissal was affirmed, but the case was remanded with instructions that it be transferred to this Court pursuant to 28 U.S.C. § 1631.

1

1    On May 9, 2006, the magistrate judge filed Findings and
2 Recommendations herein which were served on Plaintiff and which
3 contained notice to Plaintiff that any Objections to the Findings
4 and Recommendations were to be filed within ten (10) days.
5 Plaintiff has not filed Objections to the Findings and
6 Recommendations.
7    The Court has reviewed the file and finds the Findings and
8 Recommendations to be supported by the record and by the
9 magistrate judge's analysis.
10    Accordingly, IT IS HEREBY ORDERED that:
11    1.  The Findings and Recommendations filed May 9, 2006, are
12 adopted in full;
13    2.  Count III of the Complaint is dismissed; and
14    3.  This action shall proceed on the remaining state law
15 claims only.
16 DATE: June 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE