# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER T. HARRELL,   No. CIV S-06-0849-MCE-CMK

    Plaintiff,

  vs.   ORDER

GUST KEPREOS, et al.,

    Defendants.

_____ /

    Plaintiff, who is proceeding pro se and in forma pauperis, brings this action for damages, invoking this court's diversity jurisdiction pursuant to 28 U.S.C. § 1332. The court has determined that this action appears to state a cognizable claim for relief and directed plaintiff to provide documentation for service of process by the United States Marshal. Plaintiff has submitted the required papers.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    The Clerk of the Court is directed to forward the instructions for service of process, the completed summons form(s), copies of the complaint, and a copy of this order to the United States Marshal;

/ / /

2. Within ten days from the date of this order, the United States Marshal is directed to notify defendant(s) of the commencement of this action and to request a waiver of service of summons in accordance with the provisions of Federal Rule of Civil Procedure 4(d) and 28 U.S.C. § 566(c);

3. The United States Marshal is directed to retain the sealed summons and a copy of the complaint in their file for future use;

4. The United States Marshal shall file returned waivers of service of summons, as well as any requests for waivers that are returned as undelivered, as soon as they are received;

5. If a waiver of service of summons is not returned by a defendant within sixty days from the date of mailing the request for waiver, the United States Marshal shall:

    a. Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c);

    b. Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of summons and of the costs subsequently incurred in effecting service on said defendant;

    c. Costs incurred in effecting service shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and amended complaint and for preparing new USM-285 forms, if required; and

    d. Costs of service will be taxed against the personally served defendant in accordance with the provisions of Federal Rule of Civil Procedure 4(d)(2);

1  6. Defendant(s) shall reply to the complaint within the time provided by the
2  applicable provisions of Federal Rule of Civil Procedure 12(a);
3  7. Each party shall keep the court informed of a current address at all times
4  while the action is pending, and any change of address must be reported promptly to the court in
5  a separate document captioned for this case and entitled "Notice of Change of Address," which
6  also must be properly served on all other parties;
7  8. The failure of any party to comply with this or any other court order, the
8  Federal Rules of Civil Procedure, or the local rules of this court may result in the imposition of
9  appropriate sanctions, including dismissal of the action or entry of default; and
10  9. The Clerk of the Court is directed to serve upon plaintiff a copy of the
11  court's local rules.
12  DATED: August 2, 2006.

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE