**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

PETER T. HARRELL,   No. CIV S-06-0849-MCE-CMK

    Plaintiff,

  vs.   <u>ORDER</u>

GUST KEPREOS, et al.,

    Defendants.

_____/

        Plaintiff brings this action for damages, invoking this court's diversity jurisdiction pursuant to 28 U.S.C. § 1332.[1]  Pursuant to the court's order issued upon filing of the complaint, a scheduling conference was set in this matter for October 17, 2006, at 10:00 a.m. before the undersigned.  The parties were directed to submit separate scheduling conference statements seven days prior to the scheduling conference.  Due to a conflict in the court's calendar, the scheduling conference is hereby re-set to October 26, 2006, at 10:00 a.m.  The location remains the same.  The parties shall file scheduling conference statements by October 19, 2006,

---

[1] This case was originally filed in the District of Oregon, which dismissed for lack of personal jurisdiction over defendants. On appeal to the Ninth Circuit Court of Appeals, the dismissal was affirmed, but the case was remanded with instructions that it be transferred to this court pursuant to 28 U.S.C. § 1631.

1  consistent with the requirements set forth in the court's April 21, 2006, order.

2          Accordingly, IT IS HEREBY ORDERED that:

3          1.    The scheduling conference set for October 17, 2006, is re-set to October 26, 2006, at 10:00 a.m. before the undersigned; and

5          2.    The parties shall file scheduling conference statements which comply with the requirements set forth in the court's April 21, 2006, order no later than October 19, 2006.

8  DATED:  October 2, 2006.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE