**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

PETER T. HARRELL,  No. CIV S-06-0849-MCE-CMK

    Plaintiff,

  vs.  ORDER

GUST KEPREOS, et al.,

    Defendants.

_____/

    Plaintiff brings this action for damages, invoking this court's diversity jurisdiction pursuant to 28 U.S.C. § 1332.  A status/scheduling conference was held in this matter on October 26, 2006, at 10:00 a.m. before the undersigned.  Plaintiff Peter T. Harrell appeared pro se.  No defendants appeared.[1]  Good cause appearing therefor, this matter shall be set for a further status/scheduling conference on January 16, 2007, at 10:00 a.m. in Redding, California.  It is anticipated that, by this date, all defendants will have been served and responded to the first amended complaint filed on July 17, 2006.

///

---

[1] Defendant Gust Kepreos waived service on August 19, 2006.  No other defendants have waived service or been personally served.

1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.      Plaintiff shall serve on each defendant, within 10 days after service of
3 process, or within 10 days from the date of this order as to defendant Gust Kepreos, a copy of
4 this order, a copy of the July 17, 2006, first amended complaint, and a copy of the form "Consent
5 to Proceed Before United States Magistrate Judge," and shall file with the court a certificate
6 reflecting such service as to each defendant;

7      2.      A further status/scheduling conference is set for January 16, 2007, at
8           10:00 a.m. in Redding, California;

9      3.      All parties shall appear by counsel or in person if acting without counsel;

10     4.      The parties shall submit to the court and serve by mail on all other parties,
11 no later than seven days before the Status (Pretrial Scheduling) Conference, a status report
12 addressing the following matters:

13           a.  Service of process;

14           b.  Possible joinder of additional parties;

15           c.  Any expected or desired amendment of the pleadings;

16           d.  Jurisdiction and venue;

17           e.  Anticipated motions and the scheduling thereof;

18           f.  The proposed discovery plan developed pursuant to Federal Rule of
19 Civil Procedure 26(f);

20           g.  The potential for settlement and specific recommendations regarding
21 settlement procedures and timing, including whether a settlement conference should be
22 scheduled and if so when, and whether referral to the court's Voluntary Dispute Resolution
23 Program (see Local Rule 16-271) is appropriate in this case;

24           h.  Future proceedings, including setting appropriate cutoff dates for
25 discovery and law and motion and the scheduling of a pretrial conference and trial;

26 / / /

     i.  Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

     j.  Whether the case is related to any other case, including matters in bankruptcy;

     k.  Whether the counsel will stipulate to the magistrate judge assigned to this matter acting as settlement judge and waiving any disqualifications by virtue of her so acting, or whether they prefer to have a Settlement Conference before another judge; and

     l.  Any other matters that may add to the just and expeditious disposition of this matter; and

   5. The Clerk of the Court is directed to forward to plaintiff copies (one for plaintiff plus one for each defendant) of the form "Consent to Proceed Before United States Magistrate Judge."

DATED:   October 27, 2006.

               /s/ Craig M. Kellison
               **CRAIG M. KELLISON**
               UNITED STATES MAGISTRATE JUDGE