IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER T. HARRELL,                             No. 2:06-CV-0849-MCE-CMK

      Plaintiff,

  vs.                                       <u>ORDER</u>

GUST KEPREOS, et al.,

      Defendants.

_____/

    Plaintiff brings this action for damages, invoking this court's diversity jurisdiction pursuant to 28 U.S.C. section 1332.  Pending before the court is a motion for reconsideration of the magistrate judge's January 25, 2007, order.[1]

///

///

---

[1] Plaintiff's document (Doc. 41) is entitled "Memorandum and Request for Review," which is construed as a motion for reconsideration by the district judge.

1

1       Pursuant to Eastern District of California Local Rule 72-303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. The January 25, 2007, order is, therefore, affirmed.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration is denied; and
2. The magistrate judge's January 25, 2007, order is affirmed.

Dated: June 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2