IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL, | No. CIV S-06-0849-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| GUST KEPREOS, et al., | |
| Defendants. | |
| _____ / | |

A further scheduling conference has been set for August 21, 2007. Due to a conflict in the court's calendar, the scheduling conference is hereby re-set for August 23, 2007, at 2:00 p.m. in Redding, California. The parties shall still be required to file scheduling conference statements pursuant to the court's May 25, 2007, order by August 14, 2007.

IT IS SO ORDERED.

DATED: June 12, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1