# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER T. HARRELL,                           No. CIV S-06-0849-MCE-CMK

    Plaintiff,

  vs.                                               <u>ORDER</u>

GUST KEPREOS, et al.,

    Defendants.

_____/

       Plaintiff brings this action for damages, invoking this court's diversity jurisdiction pursuant to 28 U.S.C. § 1332.  Pending before the court is plaintiff's motion for entry of default judgment (Doc. 52) and supporting declarations (Docs. 54, 55, and 56).  In order to enable the court to determine the amount of damages properly awarded by default judgment, the court finds it necessary to set this matter for a hearing on September 25, 2007, at 1:30 p.m. in Redding, California.  <u>See</u> Fed. R. Civ. P. 55(b)(2).  Plaintiff shall appear personally.

       IT IS SO ORDERED.

DATED: August 16, 2007.

                                                 **CRAIG M. KELLISON**
                                                 UNITED STATES MAGISTRATE JUDGE