1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    PETER T. HARRELL,                    No. 2:06-cv-00849-MCE-CMK

12              Plaintiff,

13        vs.                              ORDER

14    GUST KEPREOS, et al.,

15              Defendants.

16    _____/

17        Plaintiff brings this action for damages, invoking this court's diversity jurisdiction

18    pursuant to 28 U.S.C. § 1332.[1]   The matter was referred to a United States Magistrate Judge

19    pursuant to Eastern District of California local rules.

20        On March 4, 2008, the magistrate judge filed findings and recommendations herein which

21    were served on the parties and which contained notice that the parties may file objections within

22    a specified time.  Timely objections to the findings and recommendations have been filed.

23    ///

24    _____

25        [1]    This case was originally filed in the District of Oregon, which dismissed for lack
      of personal jurisdiction over defendants.  On appeal to the Ninth Circuit Court of Appeals, the
      dismissal was affirmed, but the case was remanded with instructions that it be transferred to this
26    court pursuant to 28 U.S.C. § 1631.

                                            1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,

2  this court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

3  the court finds the findings and recommendations to be supported by the record and by proper

4  analysis.

5    Accordingly, IT IS HEREBY ORDERED that:

6    1.    The findings and recommendations filed March 4, 2008, are adopted in full;

7    2.    Plaintiff's motion for entry of default judgment (Doc. 52) is granted in part, as

8  outlined in the findings and recommendations;

9    3.    Plaintiff is awarded nominal damages of $1.00 against defendant Kepreos;

10    4.    Plaintiff is awarded nominal damages of $1.00 against defendant Billy Warner;

11  and

12    5.    The Clerk of the Court is directed to enter judgment and close this file.

13  Dated:  March 27, 2008

14

15  _____
    MORRISON C. ENGLAND, JR.

16  UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26