IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL,<br><br>             Plaintiff,<br><br>     vs.<br><br>GUST KEPREOS, et al.,<br><br>             Defendants.<br>_____/ | E.D. Cal. No. CIV S-06-0849-MCE-CMK<br>Ninth Cir. No. 08-15766<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se and in forma pauperis, brings this action for damages, invoking this court's diversity jurisdiction pursuant to 28 U.S.C. § 1332. Default judgment was entered on March 28, 2008, awarding plaintiff nominal damages. Plaintiff filed a notice of appeal on April 1, 2008. Pending before the court is plaintiff's motion for transcripts at government expense (Doc. 70).

Pursuant to 28 U.S.C. § 753(f), transcripts shall be provided at government expense to persons permitted to appeal in forma pauperis if the court certifies that the appeal is not frivolous and presents a substantial question. Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." Here, the court finds that the appeal is frivolous and, therefore, not taken in good

1

1 faith. Specifically, for the reasons outlined in the court's March 4, 2008, findings and
2 recommendations, there is no arguable basis either in law or fact for the appeal. Therefore,
3 plaintiff's motion for transcripts at government expense will be denied.
4       Accordingly, IT IS HEREBY ORDERED that:
5     1. The court certifies in writing, pursuant to 28 U.S.C. § 1915(a)(3), that
6 plaintiff's appeal is not taken in good faith;
7     2. Plaintiff's motion for transcripts at government expense is denied; and
8     3. The Clerk of the Court is directed to serve a copy of this order on the
9 Clerk for the United States Court of Appeals for the Ninth Circuit.

 DATED: May 22, 2008

                                                             */s/ Craig M. Kellison*
                                                 **CRAIG M. KELLISON**
                                                 UNITED STATES MAGISTRATE JUDGE